UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ERALD ALIMEHMETI,

                     Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2025
```

25 Cr. 120 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' joint letter dated August 15, 2025, in which the parties propose a schedule for expected litigation under the Classified Information Procedures Act ("CIPA") and a trial schedule that accommodates such CIPA practice. ECF No. 24. The parties' proposed schedules are adopted in part and denied in part. Specifically:

1. <u>CIPA Section 4 Proceedings</u>: By **December 16, 2025**, the Government shall file any classified, *ex parte* CIPA Section 4 motion. By that **same date**, the Government shall "produce any classified discovery to [Mr. Alimehmeti's] cleared counsel . . . after discussions with the relevant equity holder(s)." *Id*. at 4.

2. <u>CIPA Section 5 Proceedings</u>: Mr. Alimehmeti shall provide his Section 5 notice, if any, within **14 days** of the Court's entry of any Section 4 protective order.

3. <u>CIPA Section 6(a) Proceedings</u>: The parties write that "[a]fter [Mr. Alimehmeti] provides Section 5 notice, if any, the Government intends to provide a written response, pursuant to CIPA Section 6(a), regarding the use, relevance, and admissibility of the noticed classified materials." *Id*. The Government shall file any Section 6(a) response within **14 days** of Mr. Alimehmeti's Section 5 notice. The Court shall then schedule the relevant hearing.

4. <u>CIPA Section 6(c) Proceedings</u>: The parties state that, "should the [C]ourt authorize [Mr. Alimehmeti] to disclose any classified material at trial or in any motions, the Government may move, under CIPA Section 6(c), that the Court order substitutions of the classified information." *Id*. The Government shall move for any substitutions pursuant to Section 6(c) within **14 days** after the Court's findings.

5. <u>Trial Schedule</u>: The trial scheduled for October 27, 2025, is ADJOURNED to **May 4, 2026**, at **9:00 a.m.** By **February 2, 2026**, the parties shall file any pretrial motions. Oppositions to any pretrial motions shall be filed by **February 17, 2026**. Replies, if any, shall be filed by **February 23, 2026**. The parties shall file any motions *in limine* by **April 6, 2026**. Oppositions to any motions *in limine* shall be filed by **April 13, 2026**.

6. <u>Pretrial Submissions</u>: The parties shall submit joint proposed *voir dire* questions, requests to charge, and verdict forms by **April 13, 2026**. For any proposed *voir dire* question, request to charge, or section of the verdict form on which the parties cannot

agree, each party shall clearly set forth its proposal and briefly state why the Court should use that question, charge, or verdict form section, with citations to supporting authority. With their proposed *voir dire* questions, the parties shall include a brief description of the case and a list of names and places likely to be mentioned at trial, both to be read to prospective jurors during jury selection. At the time of filing, the parties shall email courtesy copies and Word-document versions of the proposed *voir dire* questions, requests to charge, and verdict forms to Torres_NYSDChambers@nysd.uscourts.gov.

7. <u>Final Pretrial Conference</u>: The parties shall appear for a final pretrial conference on **April 27, 2026**, at **11:00 a.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

It is further ORDERED that time is excluded under the Speedy Trial Act until **May 4, 2026**. The ends of justice served by excluding such time outweigh the interests of the public and Mr. Alimehmeti in a speedy trial because this will allow time for the Government to produce discovery, for Mr. Alimehmeti to review discovery, for the parties to prepare pretrial motions, and for the parties to discuss a potential resolution of this matter.

The status conference scheduled for August 25, 2025, is ADJOURNED *sine die*. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 21 and 24.

SO ORDERED.

Dated: August 18, 2025
New York, New York

_____
ANALISA TORRES
United States District Judge