UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ERALD ALIMEHMETI,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/4/2026_____

25 Cr. 120 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated February 2, 2026, the Court ordered the Government to produce for the Court's *in camera* review the materials that it sought to delete from discovery or for which the Government proposed substitutions pursuant to CIPA Section 4 by February 17.  *See* 18 U.S.C. app. § 4; *see also* Ltr., ECF No. 27.  A redacted copy of the Court's February 2 order is appended to this order.

SO ORDERED.

Dated:  February 4, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge

Filed with the Classified
Information Security Officer
CISO
Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

No. 25 Cr. 120 (AT)

ERALD ALIMEHMETI,

*EX PARTE* SEALED
**ORDER**

                              Defendant.