UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

ERALD ALIMEHMETI,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/6/2026____

25 Cr. 120 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated August 18, 2025, the Court ordered the parties to file pre-trial motions by February 2, 2026.  ECF No. 25.  As that deadline has now passed, the only remaining pretrial motions in this case are those related to the Classified Information Protection Act ("CIPA") and motions *in limine*.  The Court issues the below revised schedule to govern any CIPA motions in this case.  All other deadlines in the Court's August 18 order are unchanged.

1. CIPA Section 5 Proceedings:  By **February 20, 2026,** Mr. Alimehmeti shall file a supplemental Section 5 notice, if any, based on all materials already produced.  With respect to any materials briefed in the Government's CIPA Section 4 motion, Mr. Alimehmeti shall file a final CIPA Section 5 notice within **14 days** of the Court's entry of any order resolving CIPA Section 4 proceedings.

2. CIPA Section 6(a) Proceedings:  The Government shall file its Section 6(a) response, if any, within **14 days** of Mr. Alimehmeti's final CIPA Section 5 notice.  The Court shall then schedule the relevant hearing.

3. CIPA Section 6(c) Proceedings:  The Court shall set the deadline for the Government to file any CIPA Section 6(c) motions at the relevant Section 6 hearing.

SO ORDERED.

Dated: February 6, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge