UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ERALD ALIMEHMETI,

                                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/3/2026_____

25 Cr. 120 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the Government's letter filed today at ECF No. 35 regarding Attorney Sabrina Shroff's prior representation of Defendant's brother.  By **March 6, 2026**, defense counsel shall file a response.  To the extent that the response might disclose defense trial strategy or the substance of privileged attorney-client communications, the response may be filed *ex parte*.

        SO ORDERED.

Dated:  March 3, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge