UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ERALD ALIMEHMETI,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    3/20/2026

25 Cr. 120 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Mr. Gazer's letter at ECF No. 39.  Accordingly, the Court shall hold a substitution-of-counsel hearing on **March 24, 2026**, at **4:00 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  Mr. Alimehmeti, Mr. Gazer, and Ms. Shroff shall appear in person.  The proceeding will be *ex parte*; the Government need not appear.

SO ORDERED.

Dated: March 20, 2026
New York, New York

ANALISA TORRES
United States District Judge