USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 7/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ERALD ALIMEHMETI,

Defendant.

25 Cr. 120 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Trial in this matter is ADJOURNED from December 1 to **December 7, 2026**, at **9:00 a.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007. Additionally:

- Attorney Megan Benett is hereby APPOINTED under the Criminal Justice Act to represent Defendant during trial as co-counsel to Attorney Sabrina P. Shroff;
- By **October 23, 2026**, the parties shall exchange their expert notices;
- By **November 6, 2026**, the parties shall file motions *in limine*;
- By **November 16, 2026**, the parties shall submit oppositions to any motions *in limine*, joint proposed *voir dire* questions, requests to charge, and verdict forms;
- The parties shall appear for a final pretrial conference on **November 30, 2026**, at **12:00 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.
- On Wednesday, **December 9, 2026,** trial will begin at **1:00 p.m.**

For any proposed *voir dire* question, request to charge, or section of the verdict form on which the parties cannot agree, each party shall clearly set forth its proposal and briefly state why the Court should use that question, charge, or verdict form section, with citations to supporting authority. With their proposed *voir dire* questions, the parties shall include a brief description of the case and a list of names and places likely to be mentioned at trial, both to be read to prospective jurors during jury selection. At the time of filing, the parties shall email courtesy copies and Word-document versions of the proposed *voir dire* questions, requests to charge, and verdict forms to Torres_NYSDChambers@nysd.uscourts.gov.

Time is EXCLUDED under the Speedy Trial Act until **December 7, 2026**. The ends of justice served by excluding such time outweigh the interests of the public and Mr. Alimehmeti in a speedy trial because this exclusion will allow time for the parties to review discovery and prepare for trial. 18 U.S.C. 3161 § (h)(7)(A).

SO ORDERED.

Dated: July 17, 2026
New York, New York

ANALISA TORRES
United States District Judge