USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 7/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ERALD ALIMEHMETI,

Defendant.

25 Cr. 120 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On February 6, 2026, the Court ordered Defendant Erald Alimehmeti to file a "Section 5 notice . . . based on all materials already produced" by February 20, 2026. *See* ECF No. 34. The Court further ordered Alimehmeti to file "a final CIPA Section 5 notice within 14 days of the Court's entry of any order resolving proceedings pursuant to Section 4 of the Classified Information Procedures Act" ("CIPA"), 18 U.S.C. app. 3 § 4. *Id.* On April 10, 2026, the Court concluded all CIPA Section 4 proceedings, granting the Government's request to provide substitutions for three documents and to delete the remaining classified materials from discovery. *See* ECF No. 46 at 5.

To date, no CIPA Section 5 notice has been received by the Court. However, given the Court's recent appointment of co-counsel for Alimehmeti and adjournment of the trial schedule, *see* ECF No. 52, the Court sets the following deadlines:

- By **August 5, 2026**, Alimehmeti shall file his Section 5 notice, if any;
- Within **14 days** of receipt of Alimehmeti's Section 5 notice, the Government shall file its Section 6(a) response, if any. The Court will then schedule the relevant hearing;
- The Court will issue its written decision required by CIPA Section 6(a) following any hearing; and
- Within **10 days** of the Court's written decision, the Government shall file its CIPA Section 6(c) motions.

The Court shall not grant an extension of these deadlines absent good cause shown. On February 5, 2026, the Government confirmed to the Court that, with the exception of materials subject to its CIPA Section 4 briefing, classified discovery was complete. Given that classified discovery has been complete for over five months, and that the Court's resolution of CIPA Section 4 proceedings provided Alimehmeti's counsel with a small set of substitutions encompassing only three documents, the Court finds that the parties have had significant time to carefully review the classified materials in this case.

SO ORDERED.

Dated: July 22, 2026
New York, New York

ANALISA TORRES
United States District Judge