KREINDLER

KREINDLER & KREINDLER LLP | 485 Lexington Avenue | New
office: 212.687.8181 | fax: 212.972.9432 | www.krei

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/6/2026

August 5, 2026

BY ECF
The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Erald Alimehmeti*, 25 Cr. 120 (S.D.N.Y.) (AT)

Dear Judge Torres:

With the government's consent I write to seek an extension of the schedule set by the Court for the filing of the defense's CIPA 5 disclosure. The requested continuance is prompted by several deadlines I have in the Second Circuit and the proposed schedule reflects the prosecution's trial schedule this month. Accordingly, I respectfully request that the Court adjust the CIPA 5 schedule such that:

1. The defense CIPA 5 be filed by August 17; and
2. The Government response be filed by August 31.

I thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/ Megan W. Benett
Megan W. Benett
(212) 973-3406

GRANTED. The Court once again notes that classified discovery has been complete for over five months, and the Court's resolution of CIPA Section 4 proceedings provided defense counsel with only a small set of substitutions. Therefore, defense counsel has had ample opportunity to carefully review the classified materials in this case. Further, defense counsel knew of the CIPA Section 5 disclosure deadline for two weeks but did not file this requested extension until the day of the deadline. No further extensions will be granted.

SO ORDERED.

Dated: August 6, 2026
New York, New York

ANALISA TORRES
United States District Judge