USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ERALD ALIMEHMETI,

Defendant.

25 Cr. 120 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By **September 28, 2026**, the Government shall respond to Alimehmeti's motion to dismiss Count 2 of the indictment. *See* ECF No. 60. By **October 2, 2026**, Alimehmeti may file a reply.

SO ORDERED.

Dated: September 21, 2026
New York, New York

ANALISA TORRES
United States District Judge