**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 28, 2026

**BY ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

**Re: *United States v. Erald Alimehmeti*, 25 Cr. 120 (AT)**

Dear Judge Torres:

The Court ordered the Government to respond to the defense's motion to dismiss Count Two of the above-referenced indictment by September 28, 2026. ECF No. 61. The Government writes to advise that it will not be proceeding on Count Two at trial, and the motion is therefore moot.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/
Jane Y. Chong
Assistant United States Attorney
(212) 637-2263

Cc (by CM/ECF and email): Sabrina Shroff, Esq., and Megan Barnett, Esq.