USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 9/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ERALD ALIMEHMETI,

Defendant.

25 Cr. 120 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendant's motion to dismiss count two of the indictment, ECF No. 60, and the Government's response, ECF No. 62. The Government has stated that it will not be proceeding on Count Two at trial, *id.* Accordingly, the Court DENIES Defendant's motion for early termination as moot.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 60.

SO ORDERED.

Dated: September 29, 2026
New York, New York

ANALISA TORRES
United States District Judge