USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 10/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ERALD ALIMEHMETI,

Defendant.

25 Cr. 120 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By email dated October 22, 2026, the parties requested a two-week extension of the October 23, 2026 deadline to exchange expert notices. In the interest of ensuring that trial proceeds on schedule, the request is GRANTED IN PART. The parties' deadline to exchange expert notices is hereby extended to **October 30, 2026**. This extension does not affect any other deadlines in this matter.

SO ORDERED.

Dated: October 23, 2026
New York, New York

ANALISA TORRES
United States District Judge