USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 10/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ERALD ALIMEHMETI,

Defendant.

25 Cr. 120 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court shall hold a change of plea hearing on **October 29, 2026**, at **10:00 a.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: October 27, 2026
New York, New York

ANALISA TORRES
United States District Judge