USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ERALD ALIMEHMETI,

Defendant.

25 Cr. 120 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The appearance scheduled for 10:00 a.m. today, October 29, 2026, is ADJOURNED to **4:00 p.m. today, October 29, 2026** in **Courtroom 15D** of the United States Courthouse, 500 Pearl St., New York, New York 10007.

SO ORDERED.

Dated: October 29, 2026
New York, New York

ANALISA TORRES
United States District Judge