USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 11/6/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ERALD ALIMEHMETI,

Defendant.

25 Cr. 120 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On November 5, 2026, the Government filed a superseding indictment in this case. ECF No. 74. By email dated November 5, 2026, Defense counsel requested an extension of the November 6, 2026 deadline to file motions *in limine*. The request for an extension is GRANTED.

By **November 10, 2026**, the parties shall file motions *in limine*.

By **November 18, 2026,** the parties shall file oppositions to motions *in limine*.

By **November 23, 2026,** the parties shall file their replies, if any.

No other pretrial deadlines are affected by this order. Additionally, the final pretrial conference scheduled for 12:00 p.m. on **November 30, 2026,** in **Courtroom 15D** of the United States Courthouse at 500 Pearl St., New York, New York 10007 is ADJOURNED to **1:00 p.m.** on the same date.

SO ORDERED.

Dated: November 6, 2026
New York, New York

ANALISA TORRES
United States District Judge