USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ERALD ALIMEHMETI,

Defendant.

25 Cr. 120 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On November 7, 2026, the Government requested (1) an extension of time until November 13, 2026 for the parties to exchange expert notices, and (2) leave to respond to Defendant's motion for severance by November 12, 2026. *See* Letter, ECF No. 77. The Government also clarified the charges upon which it intends to proceed at trial. *Id.* at 1.

By email dated November 6, 2026, defense counsel indicated that they oppose an extension of time to exchange expert notices, although the Government represents that defense counsel's expert notice will also be untimely absent an extension. *Id.* at 3. By email dated November 7, 2026, defense counsel further requested that the Court defer ruling on the Government's requests until the defense has responded, which they anticipate doing no later than November 9, 2026.

The Government's requests for an extension of time and for leave to respond to the motion for severance are GRANTED. By **November 12, 2026**, the Government shall respond to Defendant's motion for severance. By **November 13, 2026**, the parties shall exchange expert notices. Any expert notice sent prior to that date shall be deemed timely. This order is without prejudice to Defendant's anticipated November 9, 2026 response to the Government's clarification of the trial charges.

SO ORDERED.

Dated: November 8, 2026
New York, New York

ANALISA TORRES
United States District Judge