**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 11, 2026

**By ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *United States v. Erald Alimehmeti*, 25 Cr. 120 (AT)**

Dear Judge Torres:

The Government respectfully submits this letter motion to request a limited extension of time in which to file a motion *in limine* concerning protective measures for undercover law enforcement personnel and confidential sources who may testify at trial. Specifically, the Government requests an additional week to seek and obtain authorization for such witnesses to testify under pseudonyms and with appropriate disguises, as well as related limitations on the disclosure of identifying information.

The requested extension will afford the Government additional time to consult with relevant law enforcement agencies and complete its assessment of the particular protections necessary to safeguard the witnesses and safeguard the integrity of ongoing investigations.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: _s/_______________________
Jane Y. Chong
Chelsea L. Scism
Assistant United States Attorneys
(212) 637-2263 / -2105