**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 11, 2026

**By Email**
The Honorable Gary Stein
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

**Re: *United States v. Erald Alimehmeti*, S1 25 Cr. 120 (AT)**

Dear Judge Stein:

The Government writes to correct two misstatements that it inadvertently made to the Court on November 9, 2026 at defendant Erald Alimehmeti's arraignment regarding the defendant's arrest on the above-referenced superseding indictment.

First, the Government stated that two FBI agents effectuated the arrest, but learned after the proceeding that it was two FBI agents and one FBI Task Force Officer (collectively, the "FBI Personnel"). Second, as reflected in the accompanying transcript, in response to defense counsel's assertion that the defendant was "taken to a room and sat in front of the two FBI agents," the Government stated that the FBI agents "entered his cell and presented him with an arrest warrant to effectuate his arrest[.]" Tr. 7:3-6, 7:16-24. The Government has since learned that the FBI Personnel stood in a holding area near the cellblock, and the U.S. Marshals brought the defendant to that area. The FBI Personnel then read aloud the arrest warrant, instructed the defendant that any questions should be directed to his attorney, and departed.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: s/
Jane Y. Chong
Chelsea L. Scism
Assistant United States Attorneys
(212) 637-2263 / -2105

Cc (by email): Sabrina Shroff, Esq., and Megan Benett, Esq.