**SABRINA P. SHROFF**
ATTORNEY AT LAW

730 THIRD AVENUE, 16TH FLOOR
NEW YORK, NEW YORK 10007
TELEPHONE: (646) 763-1490

November 12, 2026

**By ECF**
Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Alimehmeti*, 25 Cr. 120 (AT)**

Hon. Torres:

On Sunday, November 11, 2026, the government made a Rule 16 production of discovery. The production was made at 10:17 p.m. and since then counsel has taken steps to try and download and review it. While part of the production is not downloading properly (we informed the government of this via email and requested production via hard drive vs. USAfx),[1] the portion we were able to download is new.

Some of the discovery in the November 11, 2026 production was previously "classified" and now is deemed unclassified. This despite the government telling us that it would take "months" to unclassify the three documents the defense sought to share with the defendant, Erald Alimehmeti.

It bears noting here that the defense repeatedly asked the government to give us CIPA section 10 notice and they repeatedly told us (in person and in the room where classified information was stored) that they did not intend to use any of those documents at trial. Again, all of this is new discovery, and, leads the defense to reiterate its motion to sever the counts in the now two separate indictments. The prejudice to Mr. Alimehmeti is not one that can be cured in any other manner. Even if we could get through the review of this discovery, we simply do not have the time to investigate and consult with expert and non-expert witnesses. [2]

We thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/ Sabrina P. Shroff & Megan Benett
Counsel for Mr. Alimehmeti

cc: Daniel Hartenstine, CISO

---

[1] I also called Alex Weider a MIS for assistance but it was too late in the night for him to be able to assist.

[2] The government was made aware that defense counsel had a meeting with a client at Guantanamo Bay during the week of November 14, 2026. They were repeatedly told of this commitment weeks ago.