**SABRINA P. SHROFF**
ATTORNEY AT LAW

730 THIRD AVENUE, 16TH FLOOR
NEW YORK, NEW YORK 10007
TELEPHONE: (646) 763-1490

November 12, 2026

**By ECF**
Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Alimehmeti*, 25 Cr. 120 (AT)**

Hon. Torres:

I write to correct an error in my November 12, 2026 letter. ECF #89. Since my filing, the government states it has no intention of using any of the newly unclassified (at the defense request) discovery at trial either on its case in chief, to rehabilitate a witness or should Mr. Alimehmeti put on a defense case. I apologize to the government and the Court for the error.

All other information in ECF 89 remains accurate and is restated here for ease. On Sunday night, November 11, 2026, the government made a Rule 16 production of discovery. The production was made at 10:17 p.m. and since then counsel has taken steps to try and download and review it. While part of the production is not downloading properly (we informed the government of this via email and requested production via hard drive vs. USAfx),[1] the portion we were able to download is new discovery.

Again, the new discovery (we have received two new productions in the last two weeks most of which is Attorney's Possession Only" leads us to reiterate the strength and fairness of Mr. Alimehmet's motion for a separate trial on the new and added counts ECF # 76. A trial on all counts would prejudice Mr. Alimehmeti and can't be cured in any other manner. Even if we could get through the review of this new discovery, we simply do not have the time to investigate and consult with expert and non-expert witnesses to determine the proper defense. [2]

We thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/ Sabrina P. Shroff & Megan Benett
Counsel for Mr. Alimehmeti

---

[1] I also called Alex Weider a MIS for assistance but it was too late in the night for him to be able to assist.

[2] The government was made aware that defense counsel had a commitment to travel to Guantanamo Bay during the entire week of November 14, 2026. They were repeatedly told of this commitment weeks ago.

cc: Daniel Hartenstine, CISO