UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/2026

UNITED STATES OF AMERICA

-against-

ERALD ALIMEHMETI,

Defendant.

25 Cr. 120 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By **November 17, 2026**, Defendant shall file his reply, if any, to the Government's opposition to his motion to sever. *See* ECF No. 91.

SO ORDERED.

Dated: November 13, 2026
New York, New York

ANALISA TORRES
United States District Judge