**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 13, 2026

**BY ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

**Re: *United States v. Erald Alimehmeti*, 25 Cr. 120 (AT)**

Dear Judge Torres:

The Government is making its Rule 16 expert disclosures today in accordance with the current deadline but requests the opportunity to supplement until November 15, 2026, in line with the extension granted to the defense.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/
Jane Y. Chong
Varun A. Gumaste
Chelsea L. Scism
Assistant United States Attorneys
(212) 637-2263

Cc (by CM/ECF and email): Sabrina Shroff, Esq., and Megan Barnett, Esq.