USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/2026

**SABRINA P. SHROFF**
ATTORNEY AT LAW

November 16, 2026

**By ECF**

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Alimehmeti*, 25 Cr. 120 (AT)**

Hon. Torres:

According to the pre-trial schedule set by the Court, voir dire, joint requests to charge, and the verdict form are due today. The government has provided to us its versions of all three documents. The government's versions assume (and, in part, uses the verdict sheet to forward legal argument) that the two indictments are joined and has insisted that we work off that premise. *See* Exhibit A. The defense disagrees. Mr. Alimehmeti is simply not prepared to proceed on the two new counts in the second indictment – which is not a "superseding" indictment by any definition. [1]

For these reasons, and because Mr. Alimehmeti's motion to sever the counts remains pending, we respectfully request that the Court allow us to file the requests to charge and verdict form a day after the Court rules on Mr. Alimehmeti's motion.

Finally, we note here: the defense provided very limited CIPA section 5 notice in this case. That notice was premised on the only indictment that was in play at that time (and up until a month before trial, long after the Court's CIPA schedule had ended) – and there has been no opportunity to re-view the classified discovery after the so-called superseder.

Respectfully submitted,

/s/ Sabrina P. Shroff & Megan Benett
Counsel for Mr. Alimehmeti

GRANTED. By **November 17, 2026**, the parties shall file their joint proposed voir dire, requests to charge, and verdict form. *See* ECF No. 100.

SO ORDERED.

Dated: November 16, 2026
New York, New York

ANALISA TORRES
United States District Judge