USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA, :

-v- : ORDER

ERALD ALIMEHMETI, : 25-CR-120 (AT)

Defendant. :

---------------------------------------------------------------X

ANALISA TORRES, District Judge:

Counsel for defendant Alimehmeti (the "Defendant") have requested approval for the use of CJA funds to purchase a laptop for the Defendant. Counsel represents that without this laptop the Defendant will be unable to review effectively the massive amount of discovery material that the Government has provided pursuant to Rule 16 of the Federal Rules of Criminal Procedure.

The application is granted as follows:

1. Counsel is authorized to procure with CJA funds, a laptop computer and any subsequent external hard drives that may be required to provide the Defendant with access to the discovery (collectively, the "Electronic Device") for purposes of the discovery review. Counsel shall provide the electronic device to Data Mill, Inc., their staff shall review the Electronic Device and confirm that the wireless and printing capabilities are disabled in a manner acceptable to the facility in which the Defendant is lodged. Data Mill shall load onto the Electronic Device such software as the Defendant will need to review and make notes on the discovery. Data Mill shall set a password protected administrative account on the Electronic Device that is separate from the Defendant's

password protected user account to prevent any user from making changes to the Electronic Device.

2. Either counsel or Data Mill shall provide the Electronic Device to the Government. Each Electronic Device will be clearly marked with the name and ID number and Marshals' registration number of the Defendant who has been assigned to receive that particular Electronic Device.
3. The Government shall save the discovery onto the Electronic Device as well as on subsequent external hard drives that may be required to provide the Defendant with access to the discovery.
4. The Government shall confirm that the discovery is viewable on the Electronic Device (for example, that the audio recordings and video play on the Electronic Device) prior to sending it to the facility where the inmate is housed.
5. Within 30 days of receipt of the Electronic Device, the Government shall send the Electronic Device to an Officer designated by each facility to receive the electronic device. The designated Officer shall keep the Electronic Device and charging wire in their office.
6. The Defendant can access the Electronic Device for review on a temporary basis and at times approved by prison personnel. This review must take place maintained in a location determined by prison personnel.
7. The Defendant shall execute an agreement setting forth his understanding that he may use the Electronic Device for the sole purpose of reviewing discovery and legal materials that relate to his criminal case, that he shall not share the Electronic Device or the materials loaded onto the Electronic Device with other inmates or with any attorney

not appointed to this case without an order of this Court, that he will not access or attempt to access the internet or any form of wireless communication, and that he will forfeit his right under this Order to use the Electronic Device, and that he may expose himself to criminal prosecution for possessing or distributing a "prohibited object" as that term is defined in 18 U.S.C. § 1791(d) in the future, should he violate any of these understandings.

8. The Defendant is prohibited from copying any information from the discovery.
9. After he is finished reviewing the discovery for any given day, the Defendant shall return the Electronic Device to the designated Officer.
10. The Defendant is strictly prohibited from printing, copying, sending, publishing, or transferring any of the discovery materials on the Electronic Device. It is the intent of this Order that only the Defendant assigned to a particular Electronic Device (and his counsel and any other members of his legal defense team who have executed any applicable protective order agreement, including investigators, paralegals, and support staff, as needed to confer with the Defendant) will have access to the discovery materials on the Electronic Device.
11. This Court will revisit this Order and any Defendant's access to the Electronic Device if it appears that any Defendant is not abiding by this Order.
12. IT IS FURTHER ORDERED that no later than the conclusion of the trial against the Defendant in this Court, the facility in which the Defendant is lodged shall return the Electronic Device to standby counsel, who will promptly provide it to Data Mill as the

custodian for the Administrative Office of the U.S. Courts if it was purchased with CJA funds.

SO ORDERED.

Dated: Brooklyn, New York
November 16, 2026

ANALISA TORRES
United States District Judge