USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ERALD ALIMEHMETI,

Defendant.

25 Cr. 120 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On November 18, 2026, Defendant advised the Court that he "will need to adjourn trial in order to adequately present a defense on all charges." ECF No. 105 at 1 n.1.

By **November 24, 2026**, at **5:00 p.m.**, Defendant shall move for an adjournment of trial. The motion shall state: (1) proposed dates for an adjourned trial; (2) Government and Defense counsels' trial-date conflicts from December 7, 2026 to March 15, 2027, or until such subsequent date that Defendant contends is necessary for adequate trial preparation; and (3) whether the Government consents to or opposes the adjournment.

By the **same date and time**, if the Government opposes adjournment, it shall file a letter justifying its opposition. Any such justification should be consistent with the Court's November 16, 2026 order denying Defendant's motion to sever. *See* ECF No. 100 at 7–9.

SO ORDERED.

Dated: November 19, 2026
New York, New York

ANALISA TORRES
United States District Judge