KREINDLER LLP

KREINDLER & KREINDLER LLP | 485 Lexington Avenue | New York, NY 10017-2629
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

November 21, 2026

BY ECF
The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Erald Alimehmeti*, 25 Cr. 120 (S.D.N.Y.) (AT)

Dear Judge Torres:

In light of this Court's order directing the defense to submit a letter-motion by 5 pm on November 24, 2026 regarding the request for an adjourned trial date (ECF Doc. No. 107), we respectfully request a short extension of time for the replies to motions in limine by both parties and the defense response to the government's motion regarding protective measures (filed by email on November 17, 2026), both of which are currently due on November 23, 2026. The government has advised us that it takes no position on this request. Given that the government does not object, we respectfully propose that the Court extend the time for both sets of filings until after it has rendered a decision on the pending motion for a trial adjournment.

Respectfully submitted,

/s/ Megan W. Benett
/s/ Sabrina P. Shroff

*Counsel for Erald Alimehmeti*

cc: All counsel of record by ECF