**SABRINA P. SHROFF**
ATTORNEY AT LAW

730 THIRD AVENUE, 16TH FLOOR
NEW YORK, NEW YORK 10007
TELEPHONE: (646) 763-1490

November 24, 2026

**By ECF**
Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Alimehmeti*, 25 Cr. 120 (AT)**

Dear Judge Torres:

The parties propose that the trial commence in the first week of April 2027. The defense will not be ready for trial in January and Ms. Ulerio (paralegal) is at trial in January 2027. *United States v. Jeffries*, 24 Cr. 423 (EDNY). Defense counsel's trial-date conflicts are January 18-22 (military commission hearings in Nurjaman Riduan Isamuddin); February 8-12 (*United States v. Allen*, 25 Cr. 324 (SDNY)); February 22-26 (*United States v. Aman,* 24 Cr. 467(EDNY); and March 15-19 (*United States v. Newcombe,* 24 Cr. 567 (SDNY)[1]. The government has no trial-date conflicts between December 7 and March 15 and does not oppose an April trial date.[2]

Mr. Alimehmeti faces indictment in the Eastern District of New York. He is detained on the case. No trial date has been set; we are still reviewing discovery. He specifically consents to an exclusion of time on both the original and superseding indictments in this case and has no objection to a trial date in April. Should an April trial date not work for the Court's calendar, Mr. Alimehmeti would have no objection to a later trial date.[3]

We thank the Court for its time on this matter.

Respectfully submitted,

/s/ Sabrina P. Shroff & Megan W. Benett

cc: All counsel of record by ECF
Dr. Hamming, Ms. Ulerio, (email)
Mr. Alimehmeti (via mail)

---

[1] The case against Mr. Newcombe is being brought by the Southern District United States Attorney's Office but is going to be tried in California. Hon. Rakoff is going to preside over the trial.

[2] We do not yet have any new experts in place but have confirmed the availability of our two noticed experts for an April trial.

[3] Government counsel has multi-week trials beginning on May 31, 2027 and September 27, 2027.