USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ERALD ALIMEHMETI,

Defendant.

25 Cr. 120 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendant's letter motion, submitted with the Government's consent, to adjourn trial to the first week of April 2027 or later. *See* ECF No. 111. Trial is ADJOURNED *sine die*, and a new trial date will be set in due course.

The pretrial conference scheduled for November 30, 2026, is ADJOURNED *sine die.* Opposition and reply deadlines for pending motions remain in force.

SO ORDERED.

Dated: November 25, 2026
New York, New York

ANALISA TORRES
United States District Judge